UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYTHAN MICHAEL JONES SLAISE,<br><br>Plaintiff,<br><br>v.<br><br>NICOLE A. SILVEIRA, et al.,<br><br>Defendants. | No. 1:23-cv-01035-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(ECF No. 6) |

Plaintiff Keythan Michael Jones Slaise is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2023, the Court ordered Plaintiff to submit a completed application to proceed in forma pauperis or pay the filing fee within forty-five days. (ECF No. 3.) That deadline has passed, and Plaintiff failed to file a complete application or pay the filing fee. On October 3, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this case due to Plaintiff's failure to prosecute, failure to obey court orders, and failure to pay the filing fee. (ECF No. 6.) The findings and recommendations were served on Plaintiff and contained notice that Plaintiff had fourteen days within which to file objections. (*Id.* at 3.) That deadline has passed, and Plaintiff has not filed objections or otherwise communicated with the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that

///

1

the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations filed on October 3, 2023, (ECF No. 6), are ADOPTED in FULL;

2. This action is DISMISSED, without prejudice, due to Plaintiff's failure to prosecute, failure to obey court orders, and failure to pay the filing fee; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 2, 2023

UNITED STATES DISTRICT JUDGE

2